FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA 09-44 M |
| v. | |
| Baker, Patrick | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Thursday, 2/5/09__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
(Other custodial officer)

Dated: __2/4/09__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge